(September 22, 1891.)

## ADAMS v. McPHERSON.

[27 Pac. 577.]

APPEAL FROM JUDGMENT not final will be dismissed.

APPEAL from District Court, Lemhi County.

Ralph P. Quarles, for Appellant.

Texas Angel, for Respondent.

HUSTON, J.—The record shows no final order or judgment from which an appeal could be taken. Appeal dismissed; costs awarded to respondent.

Sullivan, C. J., and Morgan, J., concur.